1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9          EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | **Old Case No. 1:06cv0380 OWW DLB** |
| | ) | **New Case No. 1:06cv0380 OWW SMS** |
| | ) | |
| | ) | ORDER DISQUALIFYING |
| | ) | MAGISTRATE JUDGE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 4720 | ) | |
| W. DONNER AVENUE, FRESNO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

18      Good cause appearing, the undersigned disqualifies himself from all proceedings of

19   the present action.  The Clerk of the Court has reassigned this action to the docket of a

20   different Magistrate Judge.  The new case number shall be **1:06cv0380 OWW SMS**.  All

21   future pleadings shall be so numbered.  Failure to use the correct case number may result in

22   delay in your documents being received by the correct judicial officer.

23
24

25      IT IS SO ORDERED.

26      **Dated:    April 11, 2006**                    _____/s/ **Dennis L. Beck**_____
        9b0hie                                        UNITED STATES MAGISTRATE JUDGE
27

28                                        1

Dockets.Justia.com