UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,            )
                                     )   1:06-CV-00380 OWW SMS
                                     )
                  Plaintiff,         )
                                     )
        v.                           )   ORDER DISMISSING ACTION
                                     )
REAL PROPERTY LOCATED AT 4720 W.     )
DONNER AVENUE, FRESNO, FRESNO        )
COUNTY, CALIFORNIA,                  )
APN:311-492-29S, INCLUDING ALL       )
APPURTENANCES AND IMPROVEMENTS       )
THERETO                              )
                                     )
                  Defendant.         )
                                     )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.


**SO ORDERED**

**Dated: February 28, 2008**


                              **/s/ OLIVER W. WANGER**
                              **Oliver W. Wanger**
                              **UNITED STATES DISTRICT JUDGE**

1